SECURITY BOND AND MORTGAGE COMPANY, respondent,

*v.*

BANY WEISS et al., appellants.

[Decided May 16th, 1927.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Church, whose opinion is reported in *100 N. J. Eq. 156.*

*Messrs. Cohen & Klein,* for the respondent.

*Mr. Isidore B. Gluckman,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Church.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 13.

*For reversal*—None.